# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10640-JCM |
| | : | |
| Steven R. Aulenbacher, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

September 19, 2025 – November 7, 2025

**Next Payment Advice Expected (post-filing):**

November 14, 2025

C.C.      AULENBACHER, STEVEN

## Earnings Statement

**Birkmire Trucking Company**
7400 Birkmire Drive
Fairview, PA 16415

Check Date: September 19, 2025
Period Beginning: August 31, 2025
Period Ending: Sept. 06, 2025

**STEVEN R AULENBACHER**   Employee Number: 890
Pay Basis: Hourly
Department: 100
Location: Fairview
Voucher Number: 142911
Net Pay / Check Amount: 403.86

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Holiday | 23.000 | 8.00 | 184.00 | 40.00 | 920.00 |
| OTR Miles-0609 | 0.575 | 975.90 | 561.14 | 72739.40 | 41559.33 |
| OTR Miles-0619 | 0.575 | 586.10 | 337.01 | | 0.00 |
| PDiem Conv | 0.000 | | -224.54 | | -10412.39 |
| Reg Hours | | | | 2.50 | 57.50 |
| Reg | | | | 400.00 | |
| Stop-$30 | | | | 3.00 | 90.00 |
| **Total Gross Pay** | | **1570.00** | **857.61** | **72784.90** | **32614.44** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S1/0+$20 | 785.54 | 75.06 | 3058.52 |
| MED | | 785.54 | 11.39 | 446.25 |
| MED-HI | | 785.54 | | |
| PA | | 785.54 | 24.12 | 944.79 |
| PA-250503N | | 785.54 | 7.86 | 307.77 |
| PA-MCK8 | | 857.61 | 1.00 | 47.00 |
| PASUI-E | | 857.61 | 0.60 | 22.83 |
| SS | | 785.54 | 48.71 | 1909.11 |
| **Total Tax Withholding** | | | **168.74** | **6735.27** |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxx | | 403.86 |
| **Total Direct Deposits** | | **403.86** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Admin Fee | 1.72 | 3.85 |
| Road | 350.00 | 10046.36 |
| Pdiem | -224.54 | -10412.39 |
| PA Wage Attachment | 85.76 | 192.14 |
| HEALTH | 72.07 | 1838.53 |
| Phone reimbursement | | -559.91 |
| **Total Deductions** | **285.01** | **1308.58** |



**Earnings Statement**

Birkmire Trucking Company
7400 Birkmire Drive
Fairview, PA 16415

Check Date: September 26, 2025
Period Beginning: Sept. 07, 2025
Period Ending: Sept. 13, 2025

STEVEN R AULENBACHER  Employee Number: 890
Pay Basis: Hourly
Department: 100
Location: Fairview
Voucher Number: 242964
Net Pay: 888.86
Check Amount:

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| OTR Miles-0624 | 0.575 | 1055.60 | 606.97 | 75658.60 | 43217.87 |
| OTR Miles-0632 | 0.575 | 1055.60 | 606.97 | | 0.00 |
| OTR Miles-0641 | 0.375 | 808.00 | 464.60 | | 0.00 |
| PDeem Conv | 0.000 | | -419.64 | | -10832.03 |
| Reg Hours | | | | 2.50 | 57.50 |
| Reg | | | 400.00 | | |
| Holiday | | | 40.00 | 920.00 | |
| Stop-$30 | | | 3.00 | 90.00 | |
| **Total Gross Pay** | | 2919.20 | 1258.90 | 75704.10 | 33873.34 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S1/0+S20 | 1186.83 | 123.22 | 3181.74 |
| MED | | 1186.83 | 17.21 | 663.46 |
| MED-HI | | 1186.83 | | |
| PA | | 1186.83 | 36.44 | 1041.23 |
| PA-250503N | | 1186.83 | 11.87 | 319.64 |
| PA-MCKE | | 1258.90 | 1.00 | 48.00 |
| PASUI-E | | 1258.90 | 0.88 | 23.71 |
| SS | | 1186.83 | 73.58 | 3981.67 |
| **Total Tax Withholding** | | | 264.20 | 6999.47 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Admin Fee | 2.52 | 6.37 |
| Road | 325.00 | 10371.34 |
| Pdiem | -419.64 | -10832.03 |
| PA Wage Attachment | 125.89 | 318.03 |
| HEALTH | 72.07 | 1910.60 |
| Phone reimbursement | | -359.91 |
| **Total Deductions** | 105.84 | 1414.42 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxx | | 888.86 |
| **Total Direct Deposits** | | 888.86 |

**Earnings Statement**

**Birkmire Trucking Company**
7400 Birkmire Drive
Fairview, PA 16415

Check Date: October 03, 2025
Period Beginning: Sept. 14, 2025
Period Ending: Sept. 20, 2025

STEVEN R AULENBACHER   Employee Number: 890
Pay Basis: Hourly

Department: 100
Location: Fairview
Voucher Number: 143016
Net Pay: 502.36
Check Amount:

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| OTR Miles-0643 | 0.575 | 822.30 | 472.82 | 77582.30 | 44344.00 |
| OTR Miles-0655 | 0.575 | 1101.40 | 603.31 | | 0.00 |
| PDiem Conv | 0.000 | | -276.53 | | -11108.56 |
| Reg Hours | | 2.50 | | | 57.50 |
| Reg | | | | | 400.00 |
| Holiday | | 40.00 | | | 920.00 |
| Stop-$30 | | 3.00 | | | 90.00 |
| **Total Gross Pay** | | **1923.70** | **829.60** | **77627.80** | **34702.94** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S1/0+S20 | 757.53 | 71.70 | 3253.44 |
| MED | | 757.53 | 10.98 | 474.44 |
| MED-HI | | 757.53 | | |
| PA | | 757.53 | 23.26 | 1004.49 |
| PA-230503N | | 757.53 | 7.58 | 327.22 |
| PA-MCKE | | 829.60 | 1.00 | 49.00 |
| PASUI-E | | 829.60 | 0.58 | 24.29 |
| SS | | 757.53 | 46.97 | 2028.66 |
| **Total Tax Withholding** | | | **162.07** | **7161.54** |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Admin Fee | 1.66 | 8.03 |
| Phone reimbursement | -39.99 | -399.90 |
| Road | 325.00 | 10696.36 |
| Pdiem | -276.53 | -11108.56 |
| PA Wage Attachment | 82.96 | 400.99 |
| HEALTH | 72.07 | 1982.67 |
| **Total Deductions** | **165.17** | **1579.59** |

| Direct Deposits | Account | Amount |
|---|---|---|
| | | 502.36 |
| **Total Direct Deposits** | | **502.36** |

# Earnings Statement

**Birkmire Trucking Company**
7400 Birkmire Drive
Fairview, PA 16415

Check Date: October 10, 2025
Period Beginning: Sept. 21, 2025
Period Ending: Sept. 27, 2025

STEVEN R AULENBACHER    Employee Number 890
Pay Basis: Hourly

Department: 100
Location: Fairview
Voucher Number: 143067
Net Pay: 419.57
Check Amount: 419.57

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| OTR Miles-0663 | 0.575 | 1291.40 | 742.56 | 79402.40 | 45390.56 |
| OTR Miles-0672 | 0.575 | 528.70 | 304.00 | | 0.00 |
| PDiem Conv | 0.000 | | -261.64 | | -11370.20 |
| Reg Hours | | 2.50 | | | 57.50 |
| Reg | | | | | 400.00 |
| Holiday | | 40.00 | 920.00 | | |
| Stop-$30 | | 3.00 | 90.00 | | |
| **Total Gross Pay** | | 1820.10 | 784.92 | 79487.90 | 35487.86 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S1/0+$20 | 712.85 | 66.34 | 3319.78 |
| MED | | 712.85 | 10.34 | 484.78 |
| MED-III | | 712.85 | | |
| PA | | 712.85 | 21.88 | 1026.37 |
| PA-250503N | | 712.85 | 7.13 | 334.35 |
| PA-MCK# | | 784.92 | 1.00 | 50.80 |
| PASUI-E | | 784.92 | 0.55 | 24.84 |
| SS | | 712.85 | 44.19 | 2072.85 |
| **Total Tax Withholding** | | | 151.43 | 7312.97 |

| Direct Deposits | Account | Amount |
|---|---|---|
| | | 419.57 |
| **Total Direct Deposits** | | 419.57 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Road | 325.00 | 11021.36 |
| Pdiem | -261.64 | -11370.20 |
| PA Wage Attachment | 78.49 | 479.48 |
| HEALTH | 72.07 | 2054.74 |
| Admin Fee | | 8.03 |
| Phone reimbursement | | -399.90 |
| **Total Deductions** | 213.92 | 1793.51 |

**Birkmire Trucking Company**
7400 Birkmire Drive
Fairview, PA 16415

**Earnings Statement**

Check Date: October 17, 2025
Period Beginning: Sept. 28, 2025
Period Ending: October 04, 2025

STEVEN R AULENBACHER    Employee Number    890
Pay Basis    Hourly

Department    100
Location    Fairview

Voucher Number    143121
Net Pay    778.74
Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| OTR Miles-0676 | 0.575 | 927.10 | 533.08 | 82064.60 | 46921.32 |
| OTR Miles-0686 | 0.575 | 927.10 | 533.08 | | 0.00 |
| OTR Miles-6692 | 0.575 | 808.00 | 464.60 | | 0.00 |
| PDiem Conv | 0.000 | | -382.69 | | -11752.89 |
| Reg Hours | | | 2.50 | | 57.50 |
| Reg | | | | | 400.00 |
| Holiday | | | 40.00 | | 920.00 |
| Stop-$30 | | | 3.00 | | 90.00 |
| **Total Gross Pay** | | 2662.20 | 1148.07 | 82110.10 | 36635.93 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S1/0+$20 | 1076.00 | 109.92 | 3429.70 |
| MED | | 1076.00 | 15.60 | 500.38 |
| MED-III | | 1076.00 | | |
| PA | | 1076.00 | 33.03 | 1059.40 |
| PA-250503N | | 1076.00 | 10.76 | 345.11 |
| PA-MCK8 | | 1148.07 | 1.00 | 51.00 |
| PASUI-E | | 1148.07 | 0.81 | 25.65 |
| SS | | 1076.00 | 66.72 | 2139.57 |
| **Total Tax Withholding** | | | 237.84 | 7550.81 |

| Direct Deposits | Account | Amount |
|---|---|---|
| | | 778.74 |
| **Total Direct Deposits** | | 778.74 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Admin Fee | 2.30 | 10.33 |
| Road | 325.00 | 11346.36 |
| Pdiem | -382.69 | -11752.89 |
| PA Wage Attachment | 114.81 | 594.29 |
| HEALTH | 72.07 | 2126.81 |
| Phone reimbursement | | -399.90 |
| **Total Deductions** | 131.49 | 1925.00 |

**Earnings Statement**

Birkmire Trucking Company
7400 Birkmire Drive
Fairview, PA 16415

Check Date: October 24, 2025
Period Beginning: October 05, 2025
Period Ending: October 11, 2025

Voucher Number: 143176
Net Pay: 929.81
Check Amount:

STEVEN R. AULENBACHER    Employee Number: 890    Department: 100    Location: Fairview
Pay Basis: Hourly

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| OTR Miles-0692 | 0.575 | 2380.50 | 1368.79 | 85870.70 | 49109.83 |
| OTR Miles-0708 | 0.575 | 1425.60 | 819.72 | | 0.00 |
| PDiem Conv | 0.000 | | -547.13 | | -12300.02 |
| | | 2.50 | 57.50 | | |
| Reg Hours | | | 400.00 | | |
| Reg | | 40.00 | 920.00 | | |
| Holiday | | 1.00 | 90.00 | | |
| Stop-S30 | | | | | |
| Total Gross Pay | | 3806.10 | 1641.38 | 85916.20 | 38277.31 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S1/0+$20 | 1569.31 | 203.98 | 3633.68 |
| MED | | 1569.31 | 22.76 | 523.14 |
| MED-311 | | 1569.31 | | |
| PA | | 1569.31 | 48.18 | 1107.58 |
| PA-250505N | | 1569.31 | 15.69 | 360.83 |
| PA-MCKE | | 1641.38 | 1.00 | 52.00 |
| PASUI-E | | 1641.38 | 1.14 | 26.79 |
| SS | | 1569.31 | 97.29 | 2226.86 |
| Total Tax Withholding | | | 390.04 | 7940.85 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Admin Fee | 3.28 | 13.61 |
| Road | 629.17 | 11975.53 |
| Pdiem | -547.13 | -12300.02 |
| PA Wage Attachment | 164.14 | 758.43 |
| HEALTH | 72.07 | 2198.35 |
| Phone reimbursement | | -399.90 |
| Total Deductions | 321.53 | 2246.53 |

| Direct Deposits | Account | Amount |
|---|---|---|
| | | 929.81 |
| Total Direct Deposits | | 929.81 |

**Birkmire Trucking Company**
7400 Birkmire Drive
Fairview, PA 16415

**Earnings Statement**

Check Date: October 31, 2025
Period Beginning: October 12, 2025
Period Ending: October 18, 2025

STEVEN R AULENBACHER   Employee Number   890
Pay Basis   Hourly

Department   100
Location   Fairview

Voucher Number   143229
Net Pay   162.41
Check Amount

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| OTR Miles-0722 | 0.575 | 512.40 | 294.63 | 86383.10 | 49404.46 |
| PDiem Conv | 0.000 | | -73.66 | | -12373.68 |
| Reg Hours | | | 2.50 | | 57.50 |
| Reg | | | 400.00 | | |
| Holiday | | | 40.00 | | 920.00 |
| Stop-$30 | | | 3.00 | | 90.00 |
| **Total Gross Pay** | | 512.40 | 220.97 | 86428.60 | 38498.28 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S1/0-S20 | 148.90 | 20.00 | 3653.68 |
| MED | | 148.90 | 2.16 | 525.30 |
| MED-HI | | 148.90 | | |
| PA | | 148.90 | 4.57 | 1112.15 |
| PA-250503N | | 148.90 | 1.49 | 362.29 |
| PA-MCK8 | | 220.97 | | 52.00 |
| PASUI-E | | 220.97 | 0.16 | 26.95 |
| SS | | 148.90 | 9.23 | 2246.09 |
| **Total Tax Withholding** | | | 37.61 | 7978.46 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Admin Fee | 0.44 | 14.05 |
| Pdiem | -73.66 | -12373.68 |
| PA Wage Attachment | 22.10 | 780.53 |
| HEALTH | 72.07 | 2270.95 |
| Phone reimbursement | | -399.90 |
| Road | | 11975.53 |
| **Total Deductions** | 20.95 | 2267.48 |

| Direct Deposits | Account | Amount |
|---|---|---|
| | | 162.41 |
| **Total Direct Deposits** | | 162.41 |

**Birkmire Trucking Company**
7400 Birkmire Drive
Fairview, PA 16415

**Earnings Statement**

Check Date: November 07, 2025
Period Beginning: October 19, 2025
Period Ending: October 25, 2025

STEVEN R AULENBACHER  Employee Number 890
Pay Basis: Hourly

Department: 100
Location: Fairview
Voucher Number: 143284
Net Pay: 445.83
Check Amount:

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| OTR Miles-0732 | 0.575 | $15.60 | 468.97 | 88172.50 | 50433.37 |
| OTR Miles-0739 | 0.575 | 973.80 | 559.94 | | 0.00 |
| PDiem Com | 0.000 | | -257.23 | | -12630.91 |
| Reg Hours | | | 2.50 | | 57.50 |
| Reg | | | | 400.00 | |
| Holiday | | | 40.00 | 920.00 | |
| Stop-$30 | | | 3.00 | 90.00 | |
| **Total Gross Pay** | 1789.40 | 771.68 | 88218.00 | 39269.96 | |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| FITW | S1/0+$20 | 699.61 | 64.75 | 3718.43 |
| MED | | 699.61 | 10.14 | 535.44 |
| MED-HI | | 699.61 | | |
| PA | | 699.61 | 21.48 | 1133.63 |
| PA-250303N | | 699.61 | 7.00 | 369.29 |
| PA-MCK8 | | 771.68 | | 52.00 |
| PASUI-E | | 771.68 | 0.54 | 27.49 |
| SS | | 699.61 | 43.38 | 2289.47 |
| **Total Tax Withholding** | | | 147.29 | 8125.75 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Admin Fee | 1.34 | 15.59 |
| Phone reimbursement | -39.99 | -439.89 |
| Road | 325.00 | 12300.53 |
| Pdiem | -257.23 | -12630.91 |
| PA Wage Attachment | 77.17 | 857.70 |
| HEALTH | 72.07 | 2343.02 |
| **Total Deductions** | 178.56 | 2446.04 |

| Direct Deposits | Account | Amount |
|---|---|---|
| | | 445.83 |
| **Total Direct Deposits** | | 445.83 |