**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 25-10640-JCM |
| | : | |
| **Steven R. Aulenbacher,** | : | **CHAPTER 13** |
| Debtor, | : | |
| | : | |
| **Steven R. Aulenbacher,** | : | |
| Movant, | : | **RELATED TO DOCKET NO.: 21** |
| | : | |
| vs. | : | |
| | : | |
| **Birkmire Trucking Company,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 22, 2025

By: /s/ Caitlyn Campbell
Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**BIRKMIRE TRUCKING COMPANY**
**7400 BIRKMIRE DRIVE**
**FAIRVIEW, PA 16415**