FORM JCM 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 25-10640-JCM |
| Steven R. Aulenbacher, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Steven R. Aulenbacher, | : | Related to Document No. 36 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| ServiceMac, LLC, | : | |
| | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than May 4, 2026 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on May 26, 2026 at 2:00 P.M. before Judge John C. Melaragno in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: <u>April 17, 2026</u>       

Respectfully submitted,

<u>/s/ Daniel P. Foster, Esquire</u>

Daniel P. Foster

PA I.D. # 92376

Foster Law Offices

1210 Park Avenue

Meadville, PA 16335

Phone:  814.724.1165

Fax: 814.724.1158

Email: [dan@mrdebtbuster.com](mailto:dan@mrdebtbuster.com)

Attorney for Debtor

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Motion to Authorize Loan Modification, Local Form 48 Modification Summary, Proposed Order, and Notice of Hearing and Response Deadline Regarding Motion to Authorize Loan Modification* by First Class Mail, U.S. Postage Paid on the parties below*.

Executed on:  April 17, 2026

By: /s/ Kathryn Schwartz
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*


Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*


Amerihome Mortgage Company LLC
c/o ServiceMac, LLC
9726 Old Bailes Road Suite 200
Fort Mill, SC 29707
*Service via US Mail*

Steven R. Aulenbacher
PO Box 18
Fairview, PA 16415
*Service via US Mail*

Robertson, Anshutz, Schneid, Crane & Partner, PLLC
c/o Robert Shearer, Esq.
13010 Morris Road, Suite 450
Alpharetta, GA 30004
*Service via US Mail*