## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 25-10640-JCM |
| Steven R. Aulenbacher, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Steven R. Aulenbacher, | : | Related to Document No. 43 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| ServiceMac, LLC, | : | |
| | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO AUTHORIZE LOAN MODIFICATION, filed on April 17, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than May 4, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: May 5, 2026

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the CERTIFICATE OF NO OBJECTION, by Certified Mail, U.S. Postage Paid on the parties below*.


Date: May 5, 2026

By: /s/ Kathryn Schwartz
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

## MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Amerihome Mortgage Company LLC
c/o ServiceMac, LLC
9726 Old Bailes Road Suite 200
Fort Mill, SC 29707
*Service via US Mail*

Steven R. Aulenbacher
PO Box 18
Fairview, PA 16415
*Service via US Mail*

Robertson, Anshutz, Schneid, Crane & Partner, PLLC
c/o Robert Shearer, Esq.
13010 Morris Road, Suite 450
Alpharetta, GA 30004
*Service via US Mail*