**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 25-10640-JCM |
| Steven R. Aulenbacher, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Steven R. Aulenbacher, | : | Related to Document No(s): 36, 43 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| ServiceMac, LLC, | : | |
| | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Order* by Certified Mail, U.S. Postage Paid on the parties below*.

Date: May 14, 2026

By: /s/ Kathryn Schwartz
Kathryn Schwartz, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Amerihome Mortgage Company LLC
c/o ServiceMac, LLC
9726 Old Bailes Road Suite 200
Fort Mill, SC 29707
*Service via US Mail*

Steven R. Aulenbacher
PO Box 18
Fairview, PA 16415
*Service via US Mail*

Robertson, Anshutz, Schneid, Crane & Partner, PLLC
c/o Robert Shearer, Esq.
13010 Morris Road, Suite 450
Alpharetta, GA 30004
*Service via US Mail*