### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 25-10640-JCM |
| | : | |
| Steven R. Aulenbacher, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | |
| Steven R. Aulenbacher, | : | |
| Movant, | : | RELATED TO DOCKET NO.: 64 |
| | : | |
| vs. | : | |
| | : | |
| Birkmire Trucking Company, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |
| | : | |
| Social Security No. xxx-xx- 4236 | : | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the Respondent from which the Debtor receives income:

**BIRKMIRE TRUCKING COMPANY**
**7400 BIRKMIRE DRIVE**
**FAIRVIEW, PA 16415**
**ATTENTION:  PAYROLL ADMINISTRATOR**

(1)  shall deduct from that income in the sum of $501.00, weekly beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefit arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

**RONDA J. WINNECOUR, ESQUIRE**
**STANDING CHAPTER 13 TRUSTEE**
**P.O. BOX 84051**
**CHICAGO, IL 60689**

(2)  the Debtor is paid weekly, and the monthly plan payment is $2,171.00.
(3)  the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.
(4)  the Debtor shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on

the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

(5) all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR <u>ANY</u> OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY <u>CHILD OR DOMESTIC</u> SUPPORT PAYMENTS.

(7)  this order supersedes previous orders made to the Respondent in this case.

(8) the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

(9) that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this ____20th____ day of _____July_____, 2026 .

BY:_____jlm

John C Melaragno, *Judge*
*United States Bankruptcy Court*

SIGNED
7/20/26 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 25-10640-JCM

Steven R. Aulenbacher                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 20, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

**Recip ID             Recipient Name and Address**
db                    + Steven R. Aulenbacher, PO Box 18, Fairview, PA 16415-0018

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Daniel P. Foster
                                on behalf of Debtor Steven R. Aulenbacher dan@mrdebtbuster.com
                                katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Matthew Fissel
                                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                                ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
                                on behalf of Creditor Amerihome Mortgage Company LLC rshearer@raslg.com

Ronda J. Winnecour
                                cmecf@chapter13trusteewdpa.com

TOTAL: 5