**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 25-10640-JCM |
| | : | |
| Steven R. Aulenbacher, | : | CHAPTER 13 |
| Debtor, | : | |
| | : | |
| Steven R. Aulenbacher, | : | |
| Movant, | : | RELATED TO DOCKET NO.: 74 |
| | : | |
| vs. | : | |
| | : | |
| Birkmire Trucking Company, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>July 30, 2026</u>

By: /s/ Caitlyn A. Campbell
Caitlyn A. Campbell, HEAD PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

**BIRKMIRE TRUCKING COMPANY**
**7400 BIRKMIRE DRIVE**
**FAIRVIEW, PA 16415**
**ATTN: PAYROLL MANAGER**